**Order entered November 29, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00884-CR

**RUDOLPH EDMONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-70406-U**

## ORDER

By order entered on October 30, 2017, the Court directed Official Court Reporter Sasha Brooks to file the overdue reporter's record within twenty-five days or the Court would utilize its available remedies to ensure the timely filing of the record. On November 27, 2017 Ms. Brooks filed a request seeking a short extension.

We **GRANT** Ms. Brook's November 27, 2017 request and **ORDER** her to file the reporter's record in this appeal on or before **December 1, 2017**. We caution Ms. Brooks that the failure to file the reporter's record by that time may result in the Court utilizing whatever remedies it has available, including ordering that she not sit until the complete reporter's record in these appeals is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
           JUSTICE